AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

BEAUFORT NICKSON

*Plaintiff(s)*

v.

INTEGRITY,. LLC f/k/a INTEGRITY MARKETING GROUP

*Defendant(s)*

Civil Action No. GLS 25CV0439

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTEGRITY,. LLC
1445 ROSS AVE., 40TH FLOOR
DALLAS, TEXAS. 75202

SERVE ON: REGISTERED AGENT
CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY- 211 EAST 7TH STREET, SUITE-620- AUSTIN, TEXAS. 78701.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BEAUFORT NICKSON
12639 MILLSTREAM DRIVE
BOWIE, MARYLAND. 20715

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*