# PLAINTIFF'S EXHIBIT [2]

# LETTER TO AMERICAN SENIOR BENEFITS LLC OCTOBER 15, 2021

October 15, 2021

**Sent Via: U.S. Certified Mail:[70203160000061801160]**

To: American Senior Benefits LLC
12722 South Black Bob Road
Olathe, Kansas. 66062

From: Beaufort M. Nickson
12639 Millstream Drive
Bowie, Maryland. 20715

Attn: Mr. Albert Hawks (EVP)/Legal Department

Re: (TCPA) Violation(s) Four (4) Illegal Calls

Please find enclosed the following documents:

(1) $6,000.00 Demand letter -2- pages

(2) Screenshots of cellphone showing various spoofed phone numbers from "American Senior Benefits LLC" which called my cellphone. -4- pages

(3) AT&T Wireless Phone Log for cellphone (202)215-0048. -4-pages

(4) National "Do Not Call" Registry-Registration Confirmation. Since November 16, 2018. -1- page

October 15, 2021

American Senior Benefits LLC
12722 South Black Bob Road
Olathe, Kansas. 66062

**Attn: Mr. Albert Hawks (EVP) /Legal Department**

**Re: (TCPA) Violation(s) Four (4) Illegal Calls**

To Whom It May Concern:

I am writing to you regarding your recent, unsolicited communication to my cell phone [202-215-0048], from your company, for marketing purposes. The communication was unwanted, and was made without my express invitation, permission, or consent. Please review the attached documents, for the time and date information regarding the communication.

As you are, or should be aware, the Telephone Consumer Protection Act ("TCPA") makes it illegal to solicit sales to cellular devices, via call or text message…

47 U.S.C. § 227(b)(1)(A)(iii) states that:

*It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States… to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice… to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States;*

47 U.S.C. § 227(b)(3) provides as follows:

> *A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State…an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation, an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or both such actions…*
>
> *…If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.*

The statute provides that a person who violates the statute is liable for $500 in damages for each violation. If the court finds that the defendant acted willfully **or** knowingly (regardless of whether you knew about the TCPA), the court may **triple the damage award**. *See* 47 U.S.C. § 227(b)(3).

Because you contacted me on my cell phone, at a number listed on the national Do Not Call registry, I have reason to believe that you willfully or knowingly violated the law, which makes you liable for up to $1,500 per violation.

By virtue of this unwanted communication, you have violated multiple provisions of the TCPA, and in so doing, exposed yourself to substantial statutory penalties. But, in the interest of saving all parties involved the time, trouble, and cost of litigation in federal court, I would urge you to accept this very equitable, ***one-time*** offer:

> **Please send, made payable to me, in (U.S.) certified funds the amount of $6,000.00 to the address listed herein within five (5) days of your receipt of this correspondence. In exchange, I will release any and all claims related to this matter, and forgo any future reports, complaints or grievances to state or federal government agencies or authorities not yet made.**

If you do not choose to settle, I can assure you that I will do my part to help enforce the law as Congress intended and I will sue you for violating the law. Additionally, I may decide to seek class action certification in a suit against you, as I am certain that I am not the only one to have received this type of unlawful communication from your company.

Respectfully,

Beaufort M. Nickson
12639 Millstream Drive
Bowie, Maryland. 20715
(202)215-0048
beaufortnickson@yahoo.com

**AmericanSeniorBenefitsRoboCall**

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, October 14, 2021, 05:47 PM EDT




Sent from Yahoo Mail on Android

**AmericanSeniorBenefitsRoboCall**

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, October 14, 2021, 05:47 PM EDT




Sent from Yahoo Mail on Android

**AmericanSeniorBenefitsRoboCall**

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, October 14, 2021, 05:46 PM EDT




Sent from Yahoo Mail on Android

**AmericanSeniorBenefitsRoboCall**

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, October 14, 2021, 05:45 PM EDT




Sent from Yahoo Mail on Android

## Back to usage

# Data, text & talk logs

**Device:** Beaufort Nickson | 202.215.0048

**Billing period:** Sep 21, 2021 - Present
Showing details for Talk usage

View details by: Talk

**Totals for this billing period:** 262 calls 1434 minutes $0.00

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/06/2021 | 03:43AM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/05/2021 | 11:56PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/05/2021 | 10:00PM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/05/2021 | 04:36PM | [redacted] | Toll Free | DT | 4 | 0.00 |
| 10/05/2021 | 04:35PM | [redacted] | Toll Free | DT | 2 | 0.00 |
| 10/05/2021 | 04:21PM | [redacted] | Toll Free | DT | 13 | 0.00 |
| (1) 10/05/2021 | 03:32PM | 202.259.8734 | INCOMING | DT | 2 | 0.00 |
| 10/05/2021 | 12:17PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/05/2021 | 12:16PM | [redacted] | WASHINGTON | DT | 2 | 0.00 |
| 10/05/2021 | 12:08PM | [redacted] | INCOMING | DT | 5 | 0.00 |
| 10/05/2021 | 11:54AM | [redacted] | INCOMING | DT | 2 | 0.00 |
| 10/05/2021 | 11:21AM | [redacted] | AVENUECITY | DT | 3 | 0.00 |
| 10/05/2021 | 12:33AM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/04/2021 | 06:38PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/04/2021 | 04:39PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/04/2021 | 03:46PM | [redacted] | WASHINGTON | DT | 6 | 0.00 |
| 10/04/2021 | 03:15PM | [redacted] | INCOMING | DT | 3 | 0.00 |
| 10/04/2021 | 01:06PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/04/2021 | 01:05PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/04/2021 | 10:45AM | [redacted] | Toll Free | DT | 4 | 0.00 |
| 10/04/2021 | 12:06AM | [redacted] | WASHINGTON | NW | 1 | 0.00 |

**Back to usage**

## Data, text & talk logs

**Device:** Beaufort Nickson | 202.215.0048

**Billing period:** Sep 21, 2021 - Present
Showing details for Talk usage

View details by: Talk

| **Totals for this billing period:** | 263 calls | 1435 minutes | $0.00 |
|---|---|---|---|

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/10/2021 | 01:39PM | [redacted] | INCOMING | NW | 2 | 0.00 |
| 10/10/2021 | 01:25PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 01:17PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 12:02PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 08:03AM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/09/2021 | 04:58PM | [redacted] | WASHINGTON | NW | 4 | 0.00 |
| 10/09/2021 | 04:50PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/09/2021 | 02:47PM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/09/2021 | 02:26PM | [redacted] | INCOMING | NW | 19 | 0.00 |
| 10/09/2021 | 01:54PM | [redacted] | WASHINGTON | NW | 4 | 0.00 |
| 10/09/2021 | 01:34PM | [redacted] | BOWE GLNDL | NW | 1 | 0.00 |
| 10/09/2021 | 09:48AM | [redacted] | WASHINGTON | NW | 148 | 0.00 |
| 10/08/2021 | 05:4[redacted]PM | [redacted] | Toll Free | DT | 13 | 0.00 |
| 10/08/2021 | 05:3[redacted]PM | [redacted] | Toll Free | DT | 4 | 0.00 |
| 10/08/2021 | 04:5[redacted]PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/08/2021 | 04:3[redacted]PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/08/2021 | 04:3[redacted]PM | [redacted] | ALEXANDRIA | DT | 1 | 0.00 |
| (2) 10/08/2021 | 04:10PM | 202.286.7422 | INCOMING | DT | 5 | 0.00 |
| [redacted] | [redacted] | [redacted] | INCOMING | DT | 1 | 0.00 |
| [redacted] | [redacted] | [redacted] | INCOMING | DT | 1 | 0.00 |
| [redacted] | [redacted] | [redacted] | WASHINGTON | DT | 3 | 0.00 |

**Back to usage**

## Data, text & talk logs

**Device:** Beaufort Nickson | 202.215.0048

**Billing period:** Sep 21, 2021 - Present
Showing details for Talk usage

View details by: Talk

**Totals for this billing period:** 278 calls 1453 minutes $0.00

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/11/2021 | 03:36PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/11/2021 | 01:49PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/11/2021 | 01:35PM | [redacted] | WASHINGTON | DT | 2 | 0.00 |
| 10/11/2021 | 01:02PM | [redacted] | INCOMING | DT | 4 | 0.00 |
| 10/11/2021 | 12:18PM | [redacted] | CLINTON | DT | 1 | 0.00 |
| 10/11/2021 | 12:17PM | [redacted] | GAITHERSBG | DT | 1 | 0.00 |
| 10/11/2021 | 12:16PM | [redacted] | BOWE GLNDL | DT | 1 | 0.00 |
| (3) 10/11/2021 | 12:12PM | 202.244.8343 | INCOMING | DT | 3 | 0.00 |
| 10/11/2021 | 12:06PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/11/2021 | 11:54AM | [redacted] | INCOMING | DT | 2 | 0.00 |
| 10/11/2021 | 10:49AM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/11/2021 | 09:14AM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/10/2021 | 06:55PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 04:14PM | [redacted] | Toll Free | NW | 1 | 0.00 |
| 10/10/2021 | 01:47PM | [redacted] | INCOMING | NW | 2 | 0.00 |
| 10/10/2021 | 01:39PM | [redacted] | INCOMING | NW | 2 | 0.00 |
| 10/10/2021 | 01:25PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 01:17PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 12:02PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/10/2021 | 08:03AM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/09/2021 | 04:58PM | [redacted] | WASHINGTON | NW | 4 | 0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/13/2021 | 10:23PM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/13/2021 | 06:41PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/13/2021 | 04:27PM | [redacted] | INCOMING | DT | 4 | 0.00 |
| 10/13/2021 | 04:20PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/13/2021 | 04:19PM | [redacted] | CALL WAIT | CW | 1 | 0.00 |
| 10/13/2021 | 03:53PM | [redacted] | WASHINGTON | DT | 27 | 0.00 |
| 10/13/2021 | 03:52PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/13/2021 | 03:37PM | [redacted] | INCOMING | DT | 15 | 0.00 |
| 10/13/2021 | 02:19PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/13/2021 | 02:11PM | [redacted] | Toll Free | DT | 2 | 0.00 |
| 10/13/2021 | 02:03PM | [redacted] | Toll Free | DT | 1 | 0.00 |
| 10/13/2021 | 02:01PM | [redacted] | Toll Free | DT | 2 | 0.00 |
| 10/13/2021 | 01:02PM | [redacted] | WASHINGTON | DT | 3 | 0.00 |
| 10/13/2021 | 12:56PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/13/2021 | 10:02AM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/13/2021 | 03:11AM | [redacted] | WASHINGTON | NW | 1 | 0.00 |
| 10/13/2021 | 12:04AM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/13/2021 | 12:03AM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/13/2021 | 12:00AM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/12/2021 | 11:38PM | [redacted] | INCOMING | NW | 1 | 0.00 |
| 10/12/2021 | 08:52PM | [redacted] | INCOMING | DT | 52 | 0.00 |
| 10/12/2021 | 08:45PM | [redacted] | WASHINGTON | DT | 1 | 0.00 |
| 10/12/2021 | 08:09PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/12/2021 | 06:56PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| 10/12/2021 | 04:52PM | [redacted] | INCOMING | DT | 5 | 0.00 |
| 10/12/2021 | 10:32AM | [redacted] | WASHINGTON | DT | 2 | 0.00 |
| 10/12/2021 | 10:08AM | [redacted] | INCOMING | DT | 2 | 0.00 |
| 10/11/2021 | 07:27PM | [redacted] | INCOMING | DT | 1 | 0.00 |
| (4) 10/11/2021 | 04:06PM | 202.262.9893 | INCOMING | DT | 9 | 0.00 |

Legend*:

B (Direct assistance call complete); C (Call waiting); CW (Call waiting); D (Data call); d (Directory assistance); DT (Daytime minutes); F (Call forwarding); g (Push to talk group event); H (Group mobile-to-mobile calls); I (Incoming call); K (Fax call); L (Expanded calling); M (Mobile-to-mobile discount); M2AM (Mobile to any mobile); M2AN (A-list); M2MCNG (Mobile to any AT&T mobile); MCELL (MicroCell® unlimited voice); N (Night minutes or off-network); NW (Night & Weekend minutes); O (Off-peak minutes); P (Peak minutes or priority access service); PVWIFI (Wi-Fi calling); R (Roam with home); S (Shared minutes); SPWIFI (NumberSync Wi-Fi); T (Three way calling); V (V-VPN or voice activated dialing); VC (Video calling); VM (Voicemail); W (Weekend minutes); Y (Voicemail return call); 1 (PTT one-to-one event); 9 (Unity / expanded calling)

* The codes shown in this legend are the codes most commonly used with Wireless service from AT&T. Additional codes may be present.

# National Do Not Call Registry - Your Registration Is Confirmed

From: Verify@DonotCall.gov (verify@donotcall.gov)

To: beaufortnickson@yahoo.com

Date: Friday, October 1, 2021, 03:42 AM EDT

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 0048 on November 16, 2018. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

****************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.