# PLAINTIFF'S EXHIBIT [3]

# INTEGRITY PARTNERED COMPANIES

INTEGRITY

# Our Partners

## The People Who Make Us Family

Our deep roster includes incredible partners located all across the country, with more being added every day.

AMERICAN BENEFIT

AN INTEGRITY COMPANY

## American Benefit, LLC

Partnered with Integrity Marketing Group on **Jul 19, 2016**

(608) 788-1441

info@americanbenefitllc.com
4415 Mormon Coulee Road,

americanbenefitllc.com

Live Chat

INTEGRITY

02:14

# American Senior Benefits joins Integrity Marketing Group in Transformational Partnership

July 16, 2019

**DALLAS** — Integrity Marketing Group, LLC ("Integrity"), the nation's largest independent distributor of life and health insurance products, today announced it has completed its acquisition of Ameri Senior Benefits, one of the largest career agency distribution networks in the country. Based in K C American Senior Benefits is focused entirely on serving the Senior Market which a Live Chat w itegrity's core markets. As part of the deal, American Senior Benefits' founders Jim Sweeney

INTEGRITY

02:36

# Integrity Marketing Group Expands in the Midwest with Acquisition of Senior Solutions

November 20, 2019

**DALLAS** – Integrity Marketing Group, LLC ("Integrity"), the nation's largest independent distributor of life and health insurance products, today announced the acquisition of Senior Solutions, an insurance marketing organization based in Omaha, Nebraska with operations throughout the greater Midwest. As part of the deal, founder Ryan Schaake will become an owner in Integrity. Financial t

:tion were not disclosed.

skip to main content

S Solutions has five office locations supporting their clients with a full range of proc

Live Chat

M. ..care Supplements, Medicare Advantage, final expense and annuities. They will collectively

INTEGRITY

MedicareCENTER

## A More Advanced Agent Experience

MedicareCENTER is a powerful, easy-to-use system built to help agents serve clients better and take control of their workflow. MedicareCENTER brings together the most important agent activities in one place, helping to deliver better outcomes.

**GET STARTED**

Live Chat

**Business Search** ?

The business name or identification number on file with the Secretary of State.

◉ By business name ○ By Kansas Secretary of State Business ID ○ By resident agent name

American senior benefits

◉ Contains ○ Starts With

Search | Return To Search Results

General Information | View Documents

**Business ID**

4918504 Purchase Certified Copies

**Business Name**

AMERICAN SENIOR BENEFITS, LLC

**Type**

Foreign Limited Liability Company

**Formation Date**

05/19/2015

**Jurisdiction**

Ohio

**Status**

Active and in Good Standing

Purchase Certificate of Good Standing

**Principal Office**

**Address**

Legal Dept. Integrity Marketing Group, LLC 1445 Ross Avenue, 40th Floor Update Online

**City, State Zip**

Dallas, TX 75202

**Country** United States of America

**Resident Agent Name**

CORPORATION SERVICE COMPANY

**Registered Office**

**Address**

1100 SW WANAMAKER RD. SUITE 103

**City, State Zip**

TOPEKA, KS 66604

**Last Reporting Year**

2022

**Next Report Due Date**

04/15/2025

**Forfeiture Date**

07/15/2025

All pages and content are the sole property of the Kansas Secretary of State

© 2025 - All Rights Reserved