# PLAINTIFF'S EXHIBIT [4]

# CELLPHONE SCREENSHOTS OF DEFENDANT'S CALLS

American Senior Benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:31 AM EDT




**FIRST CALL**

Sent from Yahoo Mail on Android

American senior benefits

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:31 AM EDT




**SECOND CALL**

Sent from Yahoo Mail on Android

American senior benefits

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:32 AM EDT




THIRD CALL

Bn

Sent from Yahoo Mail on Android

American senior benefits

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:33 AM EDT




**FOURTH CALL**

Bnbn
Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:40 AM EDT

74% 11:29 AM

EDIT SHARE

**James American Benefitsburial Robocall**

Mobile
+1 202-272-8645

Oct 26 10:38 AM
Incoming call/Mobile
1 min 13 secs

FIFTH CALL

Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:39 AM EDT




**SIXTH CALL**

Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:38 AM EDT




SEVENTH CALL

Sent from Yahoo Mail on Android

American senior benefits

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:37 AM EDT




**EIGHTH CALL**

Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:42 AM EDT




NINTH CALL

Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:38 AM EDT




TENTH CALL

Sent from Yahoo Mail on Android

November 30th 2021 American benefits screenshot

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Monday, February 10, 2025 at 07:23 AM EST




ELEVENTH CALL

Sent from Yahoo Mail on Android

December 17th 2021 American benefits screenshot

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Saturday, February 8, 2025 at 06:36 PM EST



TWELFTH CAL

Sent from Yahoo Mail on Android

American senior benefits Robo

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Friday, September 2, 2022 at 02:43 AM EDT




THIRTEENTH CALL

Sent from Yahoo Mail on Android