**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **BEAUFORT NICKSON,** | § | |
| | § | |
| *Plaintiff,* | § | **Civil Action No. 8:25-cv-00439-JRR** |
| **v.** | § | |
| | § | |
| **INTEGRITY, LLC f/k/a INTEGRITY MARKETING GROUP, LLC** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

---

**DEFENDANT INTEGRITY, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Pursuant to Rules 8(a), 12(b)(1), 12(b)(2), and 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE, Defendant Integrity, LLC ("Integrity") moves to dismiss Plaintiff Beaufort Nickson ("Plaintiff")'s Amended Complaint. The basis, arguments and authorities in support of this Motion are more fully stated in the supporting Brief, which is filed contemporaneously herewith.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in the contemporaneously-filed Brief, Integrity respectfully asks this Court to dismiss Plaintiff's Amended Complaint with Prejudice.

DATE: May 1, 2025

Respectfully submitted,

*/s/ Michael P. Lynn*
**Michael P. Lynn, P.C.,** ***pro hac vice***
Texas Bar No. 12738500
Email: mlynn@lynnllp.com
**Joshua D. Lang,** ***pro hac vice***
Texas Bar No. 24109450
Email: jlang@lynnllp.com
**Andy Kim,** ***pro hac vice***
Texas Bar No. 24136638
Email: akim@lynnllp.com

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

*/s/ David B. Applefeld*
David B. Applefeld (Federal Bar No. 08311)

*/s/ Patrick J. L. Dillon*
Patrick J. L. Dillon (Federal Bar No. 22119)

SHAPIRO SHER GUINOT & SANDLER, P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone: (410) 385-4267
Facsimile: (410) 539-7611
dba@shapirosher.com
pjld@shapirosher.com

**ATTORNEYS FOR INTEGRITY MARKETING GROUP, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via electronic filing and via first-class mail, postage prepaid on Plaintiff Beaufort Nickson on May 1, 2025.

*/s/ Joshua D. Lang*
Joshua D. Lang