**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **BEAUFORT NICKSON,** | § | |
| | § | |
| *Plaintiff,* | § | **Civil Action No. 8:25-cv-00439-JRR** |
| **v.** | § | |
| | § | |
| **INTEGRITY, LLC f/k/a INTEGRITY MARKETING GROUP, LLC** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

---

**[Proposed]**
**ORDER**

---

This matter is before the Court on Integrity, LLC's Motion to Dismiss Plaintiff's Amended Complaint. Having reviewed the Motion, any response or reply thereto, and the record, the Court **FINDS** that the Motion should be, and hereby is, **GRANTED**. Accordingly, it is **ORDERED** that:

1. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**;
2. Plaintiff take nothing on his Amended Complaint from Integrity; and
3. Any costs of suit be awarded to Integrity.

It is **SO ORDERED**.

Signed at ______________________, Maryland, on ________________________________, 2025.

______________________________________
**UNITED STATES DISTRICT JUDGE**