**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **BEAUFORT NICKSON,** | § | |
| | § | |
| *Plaintiff,* | § | **Civil Action No. 8:25-cv-00439-JRR** |
| **v.** | § | |
| | § | |
| **INTEGRITY, LLC f/k/a INTEGRITY MARKETING GROUP, LLC,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

---

**DEFENDANT INTEGRITY, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendant Integrity, LLC discloses as follows:

1. Integrity is a limited liability company that is not publicly-traded;

2. There are no publicly-traded business entities that own Integrity membership units;

3. The following entities own five percent or more of Integrity membership units, none of which are publicly traded: (1) PSM, Inc.; (2) Harvest Partners VII, L.P.; (3) IMG Blocked Co-Investor, L.P.; (4) Angus Rollover Aggregator, LLC; (5) Coalescent, Inc.; and (6) Silver Lake Alpine. The remaining members are individuals; and

4. There are no other companies that have a financial interest in the outcome of this litigation, including insurance companies or companies with indemnity obligations.

DATE: May 1, 2025

Respectfully submitted,

*/s/ Michael P. Lynn*

**Michael P. Lynn, P.C.**
Texas Bar No. 12738500
Email: mlynn@lynnllp.com
**Joshua D. Lang**
Texas Bar No. 24109450
Email: jlang@lynnllp.com
**Andy Kim**
Texas Bar No. 24136638
Email: akim@lynnllp.com

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

*/s/ David B. Applefeld*

David B. Applefeld (Federal Bar No. 08311)

*/s/ Patrick J. L. Dillon*

Patrick J. L. Dillon (Federal Bar No. 22119)

SHAPIRO SHER GUINOT & SANDLER, P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone: (410) 385-4267
Facsimile: (410) 539-7611
dba@shapirosher.com
pjld@shapirosher.com

**ATTORNEYS FOR INTEGRITY, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via electronic filing and via first-class mail, postage prepaid on Plaintiff Beaufort Nickson on May 1, 2025.

*/s/ Joshua D. Lang*
Joshua D. Lang