**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | |
|---|---|
| **BEAUFORT NICKSON**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTEGRITY, LLC F/K/A INTEGRITY MARKETING GROUP, LLC**<br><br>**Defendant,** | **Case No. 8:25-CV-00439 (JRR)**<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

USDC- GREENBELT
'25 JUN 6 PM12:12

HD

Rcv'd by: cam

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Beaufort Nickson hereby voluntarily dismisses this action in its entirety with prejudice.

Dated: June 6, 2025

Respectfully Submitted,

06-06-2025

Beaufort Nickson
12639 Millstream Drive
Bowie, Maryland 20715
(202) 215-0048
beaufortnickson@yahoo.com
*Plaintiff Pro Se*